1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   JAY RAMSEY, Cal. Bar No. 273160
3  KAZIM A. NAQVI, Cal Bar No. 300438
4  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6017
5  Telephone:    310.228.3700
   Facsimile:    310.228.3701
6  Email:        jramsey@sheppardmullin.com
7                knaqvi@sheppardmullin.com
   PAUL A. WERNER, *admitted pro hac vice*
8  IMAD S. MATINI, *admitted pro hac vice*
   CHRISTOPHER L. BAUER, *admitted pro hac vice*
9  2099 Pennsylvania Avenue, Suite 100
   Washington, District of Columbia 20006-6801
10 Telephone:    202.747.1900
   Facsimile:    202.747.1901
11 Email:        pwerner@sheppardmullin.com
12               imatini@sheppardmullin.com
                 cbauer@sheppardmullin.com
13 Attorneys for Plaintiff
   PACIRA BIOSCIENCES, INC.
14

15                     UNITED STATES DISTRICT COURT
16                     EASTERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| PACIRA BIOSCIENCES, INC., | Misc. Case No. 2:25-MC-00367-DJC-AC |
| Plaintiff, | [Related to Pending Action in the United States District Court for Central District of California Western Division Case No. 2:24-CV-07554-MRA(RAO)] |
| v. | |
| NUBRATORI, INC., | **[PROPOSED] ORDER GRANTING PLAINTIFF PACIRA BIOSCIENCES, INC.'S, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISAGREEMENT** |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF PACIRA BIOSCIENCES, INC.'S, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISAGREEMENT**

Pursuant to Local Rule 141 and based upon the representations contained in Plaintiff Pacira Biosciences, Inc.'s ("Pacira's"), Request to Seal, IT IS HEREBY ORDERED that Exhibits I, J, K, M, and R submitted in support of the parties' Joint Statement Regarding Discovery Disagreement and Plaintiff's Motion to Compel Non-Party Nubratori, Inc.'s Compliance with Subpoena Duces Tecum (*See* ECF Nos. 1 & 10), shall be SEALED until further order of this Court.

All parties and their counsel are prohibited from sharing these exhibits, or disclosing any information derived therefrom, absent express permission from this Court.

**IT IS SO ORDERED**

Dated: December 1, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE