UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACIRA BIOSCIENCES, INC., | No. 2:25-mc-0367 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| NUBRATORI, INC., | |
| Defendant. | |

      On November 4, 2025, plaintiff filed this miscellaneous case with a motion to compel Nubratori, Inc.'s response to third-party discovery issued as part of an underlying pending action in the Central District of California. ECF 1. On the face of the filing, plaintiff requested a hearing date of December 10, 2025, though the hearing date was not properly entered into the court's electronic filing system. ECF No. 1 at 1. Pursuant to Local Rule 251(a), a joint statement was due 14 days before the scheduled hearing date, on November 26, 2025. Plaintiff filed a statement on that date but noted that despite efforts to meet and confer, it was unable to secure Nubratori's participation in the joint statement. ECF No. 10. Plaintiff's counsel appeared in court on December 10, 2025. Nubratori did not appear. The court declined to hear substantive argument in Nubratori's absence. Nubratori has not appeared or made any filing in this case.

      It is accordingly ORDERED that Nubratori, Inc. shall show cause, in writing, within 14 days, why its failure to respond to the pending motion should not result in the motion being

1

1  granted as unopposed.  The court notes that if the motion is granted, plaintiff will be entitled to
2  some portion of reasonable fees and costs expended in bringing the motion in accordance with
3  Fed. R. Civ. P. 37(a)(5)(A).  The filing of an opposition or statement of non-opposition within
4  this timeframe will serve as cause and will discharge this order, such that the motion is fully
5  considered on the merits.
6       Further, the Clerk of Court is DIRECTED to serve this Order to Show Cause on
7  Nubratori, Inc. at the address of its registered agent as listed with the California Secretary of
8  State: Joseph J. De Kellis, Esq., 1610 R Street, Suite 300, Sacramento, CA 95811.
9       IT IS SO ORDERED.
10 DATED: December 10, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2